United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-17377-pmm
Tara Lee Jandrisovits                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: John             Page 1 of 2           Date Rcvd: Jun 22, 2020
                          Form ID: 318           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db          +Tara Lee Jandrisovits,    5661 Wood Lane,    Allentown, PA 18106-9548
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14430593    +Aes/keystone,    Po Box 61047,    Harrisburg, PA 17106-1047
14430594    +Aes/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14430601    +Emmaus Aquatic Club,    860 Broad Street,    Suite 107,    Emmaus, PA 18049-3630
14430602    +Geisinger Medical,    100 N. Academy Ave.,    Danville, PA 17822-0001
14430603    +Hayt, Hayt&Landau, LLC,    Meridian Center I Two Industrial Way W,    P.O. Box 500,
              Eatontown, NJ 07724-0500
14430606    +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QLEFELDMAN.COM Jun 23 2020 08:23:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
              221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 05:08:30
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2020 05:09:45      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14430595     EDI: ARSN.COM Jun 23 2020 08:23:00      ARS National Services, Inc.,    PO Box 469046,
              Escondido, CA 92046-9046
14430596     EDI: BANKAMER.COM Jun 23 2020 08:23:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
14430597     EDI: CAPITALONE.COM Jun 23 2020 08:23:00      Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
14430599     E-mail/Text: ebnnotifications@creditacceptance.com Jun 23 2020 05:07:32
              Credit Acceptance Corporation,    25505 West Twelve Mile Road,    Southfield, MI 48034-8339
14430600    +E-mail/Text: kzoepfel@credit-control.com Jun 23 2020 05:09:20      Credit Control, LLC,
              5757 PHantom Drive Suite 330,    Hazelwood, MO 63042-2429
14430598     EDI: JPMORGANCHASE Jun 23 2020 08:23:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
14430604    +E-mail/Text: bncnotices@becket-lee.com Jun 23 2020 05:07:41      Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14430605    +E-mail/Text: bk@lendingclub.com Jun 23 2020 05:10:49      Lending Club Corp,
              71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14430607    +EDI: RMSC.COM Jun 23 2020 08:23:00      Syncb Home,    C/o Po Box 965036,
              Orlando, FL 32896-0001
14430608    +EDI: RMSC.COM Jun 23 2020 08:23:00      Syncb/old Navy,    Po Box 965005,
              Orlando, FL 32896-5005
14430609    +EDI: VERIZONCOMB.COM Jun 23 2020 08:23:00      Verizon,    500 Technology Dr,
              Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                            Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4                  User: John                    Page 2 of 2                  Date Rcvd: Jun 22, 2020
                                      Form ID: 318                  Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:

        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
        MARK C. VAN HORN    on behalf of Debtor Tara Lee Jandrisovits mark@mvanhornlaw.com,
         sabrina@mvanhornlaw.com;vanhornmr80883@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                            TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tara Lee Jandrisovits** | Social Security number or ITIN **xxx–xx–5889** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **19–17377–pmm** | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tara Lee Jandrisovits

6/22/20                                                               **By the court:**   Patricia M. Mayer
                                                                                                                   United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                              **Order of Discharge**                                                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**